UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., ET AL.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**EDWARD L. JOHNSON, ET AL.,**<br><br>Defendants. | 2:11-CV-13819-TGB-MJH<br><br>HON. TERRENCE G. BERG |

## JUDGMENT

In accordance with the Opinion and Order issued on this date, **GRANTING** Plaintiffs' Motion for a Renewed Judgment (ECF No. 55), it is **ORDERED AND ADJUDGED** that renewed judgment is entered against Edward L. Johnson P.C. and Edward L. Johnson in the amount of $1,712,576,74, itemized as provided in the original Judgment issued on June 18, 2013. *See* Judgment, ECF No. 54, PageID.553.

Dated at Detroit, Michigan:  May 10, 2023

KINIKIA ESSEX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE